**UNITED STATES DISTRICT COURT**
**VIOLATION NOTICE**
**Case #: NP22388925**

23-04043-mj-01-PCT-CDB

NP22388925

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430905 | E HASSELL | 156 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 12/31/2022  1700 | 36 CFR 2.1(a)(1)(ii) |

Place of Offense: NONAME PT / HWY 64 MM 262

Offense Description: Factual Basis for Charge — HAZMAT ☐
POSSESS, REMOVE, DESTROY PLANTS

**DEFENDANT INFORMATION**   Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| NAKAIDENETH | GAYLIN | |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| TUBA CITY | AZ | 86045 | _/_/1985 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | ___-__-0386 |

☐ Adult ☐ Juvenile  Sex ☑ Male ☐ Female  Hair __ Eyes __ Height 5'07 Weight 245

**VEHICLE**   VIN:                                           CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | | | | WHT |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

Violation No. E1430905  Loc. Code **A107**
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 31, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park:

I state that at approximately 1630 hours, I, Officer Emily Hassell, was driving eastbound on Highway 64 near approximately mile marker 262 when I observed tire tracks on the eastbound side leading back into the trees. I turned into NoName Point to safely turn around and noticed two pickup trucks, one black-like in color, filled with wood and covered with red mud. I returned to mile marker 262 and followed the tracks approximately 500 feet into the woods where I observed what appeared to be freshly cut Juniper trees, drag marks, and broken tree pieces littering the ground.

I returned to NoName Point to locate the vehicles; they were no longer present. I located the two vehicles in the Desert View Watchtower Parking Lot and approached the black-like vehicle. I contacted Harold McCabe, who was sitting in the driver's seat, identified him by his Arizona driver's license and verified through dispatch.

I informed McCabe that his tires appeared similar to the tracks left in the snow. I asked where he had obtained the wood in his truck – wood that appeared to be Juniper tree logs. McCabe gave vague answers but eventually noted that the tracks in the snow were from his group and that he had gotten the wood in the park.

Three individuals walked up to and opened the white truck adjacent to McCabe's which was also laden with wood. One of them identified as Gaylin NAKAIDENETH by word of mouth, and I verified him through dispatch.

I issued NAKAIDENEH a U.S. District Court Violation Notice for possessing, destroying, injuring, defacing, removing, digging, or disturbing from its natural state: plants or the parts or products thereof per 36 CFR 2.1(a)(1)(ii).

I recorded the incident with my department-issued body-worn camera.
Case #: NP22388925

The foregoing statement is based upon:
☑ My personal observation  ☑ My personal investigation
☑ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022   [Officer's Signature]
            Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
                                     Date: 2023.01.01 07:09:30 -07'00'
            Date (mm/dd/yyyy)      U.S. Magistrate Judge